THE PEOPLE OF THE STATE OF NEW YORK ex rel., WACLARK
　REALTY COMPANY, Appellant, *v.* FRANK A. O'DONNEL
　et al., as Commissioners of Taxes and Assessments of the
　City of New York, Respondents.

*People ex rel. Waclark Realty Co.* v. *O'Donnel,* 130 App. Div. 880,
affirmed.
　(Argued October 5, 1909; decided October 19, 1909.)

　APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered Jan-
uary 22, 1909, which affirmed an order of Special Term dis-
missing a writ of certiorari to review an assessment for taxa-
tion against certain real property of relator.

　*Edward L. Blackman* for appellant.

　*Francis K. Pendleton, Corporation Counsel* (*David Rum-
sey* and *William H. King* of counsel), for respondents.

　Order affirmed, with costs ; no opinion.
　Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT,
VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.